UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MATT MOONIN; DONN YARNALL; and ERIK LEE, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF NEVADA, ex rel. its DEPARTMENT OF PUBLIC SAFETY HIGHWAY PATROL; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; CITY OF LAS VEGAS; CLARK COUNTY; DOUG GILLESPIE, Sheriff; DAVE LEWIS; JOHN STEWART; KEVIN TICE; THOM JACKSON; JIM PETERSON; WAYNE PROSSER; CHARLES HAYCOX; BRIAN SANCHEZ; HUGH SHOOK; TODD ELLISON; ERVIN RAAB; BEN LEONARD; LUIS ZAPATA; DONALD DICE; CHRIS PERRY, individually and in his official capacity; PAT GALLAGHER; GREG ZEIL; DALE JAEGER; MEL ENGLISH; TOM HIGGINS; MARK RISPOLI; MAKOR K-9; DOES 1-9, inclusive, AND CORPORATIONS 10-14, <br><br> Defendants. | 3:12-CV-00353-LRH-VCF <br><br> ORDER |

Before the court are Plaintiffs' Motion for Leave to File Excess Pages (#73[1]) and State of Nevada defendants' Motions for Leave to File Excess Pages (##37, 87). Also before the court is

---

[1] Refers to the court's docket number.

State of Nevada defendants' Motion for Leave to File Sur-Reply (#99). Finally, Plaintiffs have lodged objections to the Magistrate Judge's Order limiting discovery (#95), to which nearly all the defendants have responded (#96), and Plaintiffs have replied (#97).

In light of the court's Order granting various defendants' Motions to Dismiss (#100), Plaintiffs' objections to the Magistrate Judge's ruling are overruled. Plaintiffs seek discovery of Fourth Amendment violations which they have no standing to remedy. The Magistrate Judge's ruling therefore correctly excluded discovery of these violations. *See* Fed. R. Civ. P. 26(b)(1) (limiting discovery to matters relevant to subject of suit).

IT IS THEREFORE ORDERED that Plaintiffs' objections to the Magistrate Judge's ruling (#95) are DENIED.

IT IS FURTHER ORDERED that Plaintiffs' Motion for Leave to File Excess Pages (#73) and State of Nevada defendants' Motions for Leave to File Excess Pages (##37, 87) are GRANTED nunc pro tunc.

IT IS FURTHER ORDERED that State of Nevada defendants' Motion for Leave to File Sur-Reply (#99) is DENIED as moot.

IT IS SO ORDERED.

DATED this 9th of May, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE