

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MATT MOONIN; DONN YARNALL; and ERIK LEE,

Plaintiffs,

vs.

STATE OF NEVADA, ex rel. its DEPARTMENT OF PUBLIC SAFETY HIGHWAY PATROL; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; CITY OF LAS VEGAS; CLARK COUNTY; DOUG GILLESPIE-Sheriff; DAVE LEWIS; JOHN STEWART; KEVIN TICE; THOM JACKSON; JIM PETERSON; WAYNE PROSSER; CHARLES HAYCOX; BRIAN SANCHEZ; HUGH SHOOK; TODD ELLISON; ERVIN RAAB; BEN LEONARD; LUIS ZAPATA; DONALD DICE; CHRIS PERRY individually and in his official capacity; PAT GALLAGHER; GREG ZEIL; DALE JAEGER; MEL ENGLISH; TOM HIGGINS; MARK RISPOLI; MAKOR K-9; DOES 1-9, inclusive; and CORPORATIONS 10-14,

Defendants.

Case No. 3:12-cv-00353-LRH-VPC

**STIPULATION AND ORDER TO DISMISS DEFENDANTS LAS VEGAS METROPOLITAN POLICE DEPARTMENT; SHERIFF DOUGLAS GILLESPIE; GREG ZEIL; DALE JAEGER; and MEL ENGLISH WITH PREJUDICE**

/././

Las Vegas Metropolitan Police Department, Sheriff Douglas Gillespie, Mel English, Dale Jaeger and Greg Zeil, (collectively, "Defendants"), by and through their counsel, Lyssa Anderson, Esq., of the law firm of Kaempfer Crowell Renshaw Gronauer & Fiorentino, and Matt Moonin, Donn Yarnall, and Erik Lee (collectively "Plaintiffs"), by and through their counsel, Ken McKenna, hereby stipulate and agree that all of Plaintiffs' claims against Defendants in this matter are hereby dismissed in their entirety with prejudice, each party to bear their own attorney's fees and costs.

DATED this 6th day of June, 2013.

KAEMPFER CROWELL RENSHAW GRONAUER & FIORENTINO

By: */s/ Lyssa Anderson*
LYSSA S. ANDERSON
Nevada Bar No. 5781
8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89113
**Attorneys for Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, DOUG GILLESPIE, MEL ENGLISH, DALE JAEGER and GREG ZIEL**

KEN McKENNA, ESQ.

By: */s/ Ken McKenna*
KEN McKENNA
Nevada Bar No. 1676
544 West First Street
Reno, NV 89503
**Attorney for Plaintiffs MATT MOONIN; DONN YARNALL; and ERIK LEE**

IT IS SO ORDERED.

DATED this 7th day of June, 2013.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE