UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MATT MOONIN; DONN YARNALL; and ERIK LEE,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF NEVADA, ex rel. its DEPARTMENT OF PUBLIC SAFETY HIGHWAY PATROL; et al.,<br><br>Defendants. | Case No.: 3:12-cv-00353-LRH-VPC |

### STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS MARK RISPOLI AND MAKOR K-9

IT IS HEREBY STIPULATED by and between Plaintiffs MATT MOONIN, DONN YARNALL, and ERIK LEE (collectively referred to as "Plaintiffs"), by and through their counsel of record, Kenneth J. McKenna, Esq.; and Defendants MARK RISPOLI and MAKOR K-9 (collectively referred to as "Makor Defendants"), by and through their counsel of record, Tyler J. Watson, Esq., of the law firm KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CHTD., as follows:

1. That there are no remaining causes of action against Makor Defendants;
2. That the case caption be amended to reflect the dismissal of Makor Defendants by removing their names; and

///
///

3. That counsel for Makor Defendants be removed from the Service List for this matter.

DATED this 6th day of June, 2013.

_____
Kenneth J. McKenna
Nevada Bar No. 1676
544 W. First Street
Reno, Nevada 89503
(775) 329-6373
(775) 329-2414, Facsimile
*Attorney for Plaintiffs*

DATED this 6th day of June, 2013.

_____
Tyler J. Watson, Esq.
Nevada Bar No. 11735
KRAVITZ, SCHNITZER,
SLOANE & JOHNSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 362-6666
(702) 362-2203, Facsimile
*Attorneys for Defendants
MARK RISPOLI and MAKOR K-9*

## ORDER

IT IS SO ORDERED.

DATED this 7th day of June, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE