IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MATT MOONIN, DONN YARNALL, and ERIK LEE,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF NEVADA, ex rel., its DEPARTMENT OF PUBLIC SAFETY; HIGHWAY PATROL; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; CITY OF LAS VEGAS; CLARK COUNTY; DOUG GILLESPIE-Sheriff; DAVE LEWIS; KEVIN TICE; THOM JACKSON; JIM PETERSON; WAYNE PROSSER; CHARLES HAYCOX; BRIAN SANCHEZ; HUGH SHOOK; TODD ELLISON; ERVIN RAAB; BEN LEONARD; LUIS ZAPATA; DONALD DICE; CHRIS PERRY, individually and in his official capacity; PAT GALLAGHER; GREG ZEIL; DALE JAEGER; MEL ENGLISH; TOM HIGGINS; MARK RISPOLI; MAKOR K-9; DOES 1-9, inclusive; and CORPORATIONS 10-14,<br><br>Defendants. | Case No. 3:12-cv-00353-LRH-(VPC)<br><br><u>**STIPULATION FOR ENLARGEMENT TO FILE REPLY**</u><br><u>**(FIRST REQUEST)**</u><br><br>**AND ORDER THEREON** |

DEFENDANTS STATE OF NEVADA, *ex rel*., its DEPARTMENT OF PUBLIC SAFETY; HIGHWAY PATROL; DAVE LEWIS; KEVIN TICE; THOM JACKSON; JIM PETERSON; WAYNE PROSSER; CHARLES HAYCOX; BRIAN SANCHEZ; HUGH SHOOK; TODD ELLISON; ERVIN RAAB; BEN LEONARD; LUIS ZAPATA; DONALD DICE; CHRIS PERRY,

individually and in his official capacity; PAT GALLAGHER; and TOM HIGGINS; by and through their attorney, CATHERINE CORTEZ MASTO, Attorney General, and CYNTHIA R. HOOVER, and CAMERON VANDENBERG, Deputy Attorneys General, and MATT MOONIN, DONN YARNALL, and ERIK LEE, by and through counsel, KENNETH J. MCKENNA, Esq., hereby stipulate to extend the time for Defendants to file their Reply in support of their Motion for Judgment on the Pleadings/Special Motion to Dismiss up to and including October 3, 2013. Defendants' Reply is currently due on August 29, 2013. This is Defendants' first request for an extension of time in this matter. The request is based upon the fact that defense counsel was out of the office for nine weeks on extended medical leave and has just recently returned to work. The instant Stipulation is submitted in good faith and not for the purpose of delay.

DATED: August 22, 2013

CATHERINE CORTEZ MASTO
Attorney General

By: */s/ Cynthia R. Hoover*
CYNTHIA R. HOOVER, ESQ.
CAMERON P. VANDENBERG, ESQ.
5420 Kietzke Lane, Suite 202
Reno, NV 89511
*Attorneys for State of Nevada Defendants*

DATED: August 22, 2013

LAW OFFICES OF
KENNETH J. McKENNA, ESQ.

*/s/ Kenneth J. McKenna*
KENNETH J. McKENNA, ESQ.
544 West First Street
Reno, NV 89503

*Attorney for Plaintiffs*

* * *

**IT IS SO ORDERED.**

DATED this 23rd day of August, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE