Kenneth J. McKenna
544 W. First St.
Reno, NV 89503
(775) 329-6373
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MATT MOONIN, DONN YARNALL, and ERIK LEE,

    Plaintiffs,

vs.

DAVE LEWIS, KEVIN TICE, JIM PETERSON, CHRIS PERRY,

    Defendants.
_____/

**REPLY TO RESPONSE TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND JURY DEMAND**

COMES NOW Plaintiffs MATT MOONIN, DONN YARNALL and ERIK LEE, by and through their attorney of record, KENNETH MCKENNA, ESQ., and hereby reply to STATE OF NEVADA DEPARTMENT OF PUBLIC SAFETY Defendants' RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND JURY DEMAND.

**POINTS AND AUTHORITIES**

    Respectfully, this Court has discretion to allow leave to amend in the interests of justice. Factors to consider are undue delay, bad faith, prejudice and futility. *Foman v. Davis*, 371 178, 182 (1962). Plaintiff inadvertently omitted the three defamation claims that survived and seeks to correct this omission as reflected in the proposed second amended complaint. Plaintiff cleans up the pleading by omitting dismissed claims and by deleting factual allegations that are no longer relevant to the existing claims. The result is a complaint of thirty pages in length, compliant with the Court's earlier dictate. Plaintiff

submits the purpose of the present effort is in the interest of justice, not in bad faith and does not cause any undue hardship on the Defendants. Again, there is no bad faith, simply inadvertence.  Defendants are faced with a cleaner pleading to which to respond. Based upon the foregoing, Plaintiffs request that leave be granted and that Plaintiffs be allowed to serve and file the proposed second amended complaint.

Dated: September 4, 2014.

\_\_\_/s/_____

Kenneth J. McKenna

**KEN MCKENNA, ESQ.**
544 West First Street
Reno, Nevada 89503
(775)329-6373

## CERTIFICATE OF SERVICE

The undersigned, under penalty of perjury, declares and certifies that I am over 18 years of age and not a party to the within action; that I am an employee of KENNETH J. McKENNA, Attorney at Law, a Professional Corporation, and as such am familiar with the practices of his law office; and that on this date, did personally cause the foregoing attached document to be served as further described below:

_____      By placing an original and true copy in a sealed envelope Containing First Class Postage and depositing it in the U.S. Mail at Reno, Nevada.

_X_____      CM/ECF electronic email delivery
_____      Email delivery to
_____      Express or overnight mail delivery
_____      Reno/Carson Messenger Delivery Service

Addressed as follows:
Cameron Vandenberg
Deputy Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV 89511

DATED: September 4, 2014

                                         __/s/ Monica Waugh_____
                                         An Employee of Kenneth J. McKenna, Esq.

**Ken McKenna, Esq.**
544 West First Street
Reno, Nevada 89503
(775)329-6373