# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MATT MOONIN, et al., | ) | 3:12-CV-0353-LRH (VPC) |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| vs. | ) | November 4, 2014 |
| STATE OF NEVADA, *ex rel.*, its DEPARTMENT OF PUBLIC SAFETY HIGHWAY PATROL, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is defendants' emergency motion to quash deposition subpoenas (#145). Plaintiffs opposed the motion (#146).

**IT IS ORDERED** that defendants' emergency motion to quash deposition subpoenas (#145) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:        /s/
        Deputy Clerk