KENNETH J. MCKENNA, ESQ.
Nevada Bar No. 1676
544 West First Street
Reno, Nevada 89503
(775) 329-6373
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATT MOONIN and ERIK LEE,<br>　　　　　Plaintiffs,<br><br>vs.<br><br>STATE OF NEVADA, ex rel. its<br>DEPARTMENT OF PUBLIC SAFETY<br>HIGHWAY PATROL, et al.<br>　　　　　Defendants. | 3:12-cv-00353-LRH-VPC<br><br>**JOINT PRE-ENE STATUS REPORT** |

The parties hereby submit their Joint Pre-ENE Status report pursuant to Minute Order in Chambers dated October 24, 2014 (doc. #142).

**1.   Initial Disclosures**

Both parties have provided initial disclosures pursuant to Fed.R.Civ.P. 26 (a)(1); Plaintiff on July 9, 2014, and Defendant on May 22, 2014.  Plaintiff has provided Defendant with a computation of damages pursuant to Fed.R.Civ.P. 26 (a)(1)(D) within their Initial Disclosures dated July 9, 2014.

**2.   Pending Motions**

There are currently no motions pending in the above referenced case;, however, Plaintiffs filed an Objection to the Magistrate's Ruling with the Court on October 20, 2014 (Doc. #139).  Defendants filed their Response to Objection on November 5, 2014 (Doc. #149), and the matter is pending with the Court.

**3.   Early Neutral Evaluation Attendees**

Plaintiffs Matt Moonin and Erik Lee will attend the ENE conference with counsel, Ken McKenna.  DPS Director James Wright, DPS Deputy Director Jackie Muth, and Tort

Manager Nancy Katafias will appear with Defendants' counsel, Deputy Attorneys General Cameron Vandenberg and Brandon Price.

DATED: December 3, 2014.

BY:  /s/ Ken McKenna
     KENNETH J. McKENNA, ESQ.

Attorney for Plaintiff


BY:  /s/ Cameron P. Vandenberg
     CAMERON P. VANDENBERG
     Deputy Attorney General
     Attorney for Defendants

**Ken McKenna, Esq.**
544 West First Street
Reno, Nevada 89503
(775)329-6373