UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATT MOONIN, DONN YARNALL, and ERIK LEE,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>Defendants. | Case No. 3:12-cv-00353-LRH-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Defendants State of Nevada *ex rel* its Department of Public Safety, Nevada Highway Patrol (NHP), and Kevin Tice, through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, by Cameron P. Vandenberg, Chief Deputy Attorney General, and Brandon R. Price, Deputy Attorney General, and Plaintiff Matt Moonin, by and through counsel Kenneth J. McKenna, Esq., hereby stipulate and agree that, consistent with the requirements of Fed. R. Civ. P. 41(a), the Court may

*///*

*///*

*///*

*///*

*///*

1

dismiss Matt Moonin's First Amendment claim, in its entirety, with prejudice, with each party to bear its own attorney's fees and costs.

Dated this 20th day of December, 2017.

ADAM PAUL LAXALT
Attorney General

BY: /s/ Cameron P. Vandenberg             /s/ Kenneth J. McKenna
    CAMERON P. VANDENBERG                 KENNETH J. MCKENNA, ESQ.
    Chief Deputy Attorney General         544 West First Street
    *Attorneys for Defendants NHP and Tice*   Reno, Nevada 89503
                                          *Attorney for Plaintiff Moonin*

\* \* \*

### ORDER

IT IS SO ORDERED this 22nd day of December, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE